STATE v. OXENDINE

No. 372P02

Case below: 150 N.C. App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. POOLE

No. 12P03

Case below: 154 N.C. App. 419

Motion by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. PREVATTE

No. 492A99-2

Case below: Stanly County Superior Court

Motion by defendant to reconsider direct appeal decision in light of the grant of certiorari in *State v. Hunt* denied 11 February 2003.

STATE v. RHUE

No. 323P02

Case below: 150 N.C. App. 280

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by defendant to serve interrogatories dismissed as moot 27 February 2003. Motion by defendant to appoint counsel denied 27 February 2003.

STATE v. RICE

No. 469P02

Case below: 151 N.C. App. 750

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.